```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12208
   MARY J CURRY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3523

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/09/2007 and was not confirmed.

     The case was dismissed without confirmation 09/26/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
ARCHER BANK                CURRENT MORTG        .00           .00          .00
CITY OF CHICAGO WATER DE   SECURED           800.00           .00          .00
NEW CENTURY MORTGAGE COR   CURRENT MORTG        .00           .00          .00
NEW CENTURY MORTGAGE COR   MORTGAGE ARRE   30000.00           .00          .00
OPTION ONE MORTGAGE        CURRENT MORTG        .00           .00          .00
ALLIED INTERSTATE          UNSEC W/INTER NOT FILED            .00          .00
CITY OF CHICAGO PARKING    UNSEC W/INTER    200.00            .00          .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    427.15            .00          .00
NCO FIN/99                 UNSEC W/INTER NOT FILED            .00          .00
PALISADES COLLECTIONS      UNSEC W/INTER NOT FILED            .00          .00
PEOPLES GAS & LIGHT        UNSEC W/INTER   1751.24            .00          .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER NOT FILED            .00          .00
SENTRY CREDIT INC          UNSEC W/INTER NOT FILED            .00          .00
SOUTHWEST CREDIT           UNSEC W/INTER NOT FILED            .00          .00
WEXLER & WEXLER            UNSEC W/INTER NOT FILED            .00          .00
AT&T WIRELESS              UNSEC W/INTER    878.23            .00          .00
OPTION ONE MORTGAGE        SECURED NOT I        .00           .00          .00
OPTION ONE MORTGAGE        NOTICE ONLY   NOT FILED            .00          .00
E R SOLUTIONS INC          UNSEC W/INTER    358.60            .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 12208 MARY J CURRY
```

```
                              ---------------        ---------------
TOTALS                                   .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/27/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```